IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CENTRO DE PERIODISMO INVESTIGATIVO**<br><br>Plaintiff<br><br>v.<br><br>**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**<br><br>Defendant | CIVIL NO. 17-1743 (JAG)<br><br><br>COMPLAINT FOR DECLARATORY RELIEF; PRELIMINARY AND PERMANENT INJUNCTION; MANDAMUS |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of STEVEN P LAUSELL RECURT as attorney for Plaintiff in the present action.

I HEREBY CERTIFY  that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico on this 15th day of June 2017.

Interamerican University of Puerto Rico
Faculty of Law
PO Box 194735
San Juan, Puerto Rico 00919-4735
T. (787) 751-1600
F. (787) 751-1867

*S/Steven P. Lausell Recurt*
STEVEN P. LAUSELL RECURT
USDC-PR 226402
slausell@gmail.com