IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CENTRO DE PERIODISMO INVESTIGATIVO**<br><br>    **Plaintiff**<br><br>**v.**<br><br>**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**<br><br>    **Defendant** | Civ. No. 17-1743 JAG |

### PLAINTIFF'S INFORMATIVE MOTION IN COMPLIANCE WITH ORDER

**TO THE HONORABLE MAGISTRATE JUDGE:**

**NOW COMES THE PLAINTIFF, Centro De Periodismo Investigativo ("CPI")** and informs the Magistrate Judge that it has today complied with the order issued in open court, requiring CPI to send to the attorneys for the Board its contentions regarding the inadequacies of the Board's productions, stating which categories of claims of confidentiality were acceptable and identifying those categories as to which plaintiff maintains its objections.

In compliance with the order, the CPI has sent the letter appended hereto. This was sent earlier today by email to the four attorneys representing the Board with whom CPI's attorneys have had contact during this process, including the three attorneys who were present in court today representing the Board.

WHEREFORE, the plaintiff respectfully requests that the court take note of this submission.

Respectfully submitted in San Juan, Puerto Rico this 1st day of March, 2019.

**Berkan/Mendez**
O'Neill St. G-11
San Juan, P.R. 00918-2301
Tel. (787) 764-0814;Fax (787) 250-0986
bermen@prtc.net


By:     /s/ JUDITH BERKAN             /s/ STEVEN P. LAUSELL RECURT
        USDC No.200803                USDC No. 226402
        berkanj@microjuris.com        Slausell@gmail.com


**CERTIFICATION**: This is to certify that this motion is being submitted through the ECF filing system, which will automatically notify all counsel of record.

By:     /s/ JUDITH BERKAN