UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------X

CENTRO DE PERIODISMO INVESTIGATIVO,

    Plaintiff,

v.                                                         Civil No. 17-1743 (JAG)

FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

    Defendant.

----------------------------------------------------------------X

**MOTION SUBMITTING CERTIFIED TRANSLATIONS OF EXHIBITS TO MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO IN COMPLIANCE WITH COURT'S MARCH 1, 2019 ORDER**

To the Honorable Magistrate Judge Bruce McGiverin:

Defendant the Financial Oversight and Management Board for Puerto Rico (the "Board"), through its undersigned counsel, respectfully states as follows:

1. On April 1, 2019, the Board filed the *Motion in Compliance with Court's March 1, 2019 Order* (the "Motion"), which includes citations or references to six (6) opinions from courts of the Commonwealth of Puerto Rico that are only available in Spanish.

2. The Board files this motion to submit certified translations of the Spanish-language opinions in support of its Motion. Such translated opinions are the following:

- Exhibit A: *CPI v. Berlingeri*, 2011 WL 7268174 (P.R. Ct. of App. Nov. 18, 2011)

- Exhibit B: *Bhatia Gautier v. Rossello Nevares*, 199 D.P.R. 59 (P.R. 2017)

- Exhibit C: *Espacios Abiertos v. Rossello Nevares*, C.A. No. SJ 2018-cv-09718 (P.R. Ct. of App. Mar. 6, 2019)

- Exhibit D: *Casasnovas v. UBS Financial*, 198 D.P.R. 1040 (P.R. 2017)

- Exhibit E: *Rodríguez Lara v. Estado Libre Asociado de Puerto Rico*, 2016 WL 4772345 (P.R. Ct. of App. June 23, 2016)

- Exhibit F: *Ortiz v. Bauermeister*, 152 D.P.R. 161 (P.R. 2000)

WHEREFORE, the Board respectfully requests that this Honorable Court take notice of the filing of the certified translations of the above-listed cases attached hereto.

Dated:  April 1, 2019                                              Respectfully submitted
      San Juan, Puerto Rico

                                                     */s/ Luis F. del Valle*
                                                     Luis F. del Valle-Emmanuelli
                                                     USDC-PR No. 209514
                                                     dvelawoffices@gmail.com

                                                     **DEL VALLE EMMANUELLI LAW OFFICES**
                                                     P.O. Box 79897
                                                     Carolina, Puerto Rico 00984-9897
                                                     Tel.: 787-977-1932
                                                     Fax: 787-722-1932

                                                   */s/ Guy Brenner*
                                                   Guy Brenner
                                                   *Admitted Pro Hac Vice*
                                                   gbrenner@proskauer.com

                                                   **PROSKAUER ROSE LLP**
                                                   1001 Pennsylvania Ave., NW
                                                   Suite 600 South
                                                   Washington, DC 0004
                                                   Tel.: 202-416-6800
                                                   Fax: 202-416-6899

                                                   *Attorneys for the Financial Oversight and Management Board for Puerto Rico*

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record, and all CM/ECF participants in the case.

*/s/ Luis F. del Valle Emmanuelli*
Luis F. del Valle Emmanuelli
USDC No. 209514
devlawoffices@gmail.com

**DEL VALLE EMMANUELLI LAW OFFICES**
PO Box 79897
Carolina, PR 00984-9897
Tel: (787) 977-1932
Fax: (787) 722-1932

*Attorney for the Financial Oversight and Management Board for Puerto Rico*